## WALL *v.* BREWER.

LUMPKIN, P. J. This being an action of trover, and the evidence demanding a finding for the plaintiff, there was no error in directing the jury to return a verdict in his favor ; and that the court also instructed the jury to relieve the defendant of the costs certainly affords her no just cause of complaint.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 22, 1902.

Trover. Before Judge Proffitt. City court of Elberton. October 9, 1901.

*W. D. Tutt & Son,* for plaintiff in error.
*J. N. Worley* and *I. C. VanDuzer,* contra.